■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY WILLIAMS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered December 13, 1982, convicting him of criminal possession of stolen property in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are unpreserved for appellate review *(see, People v Claudio,* 64 NY2d 858), and/or they are without merit. Mangano, J. P., Bracken, Kooper and Rosenblatt, JJ., concur.